**ORDER**

Let the Writ Issue.
DATED: April 5th, 2016

_____
Honorable Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Union County Jail:

WE COMMAND YOU that you have the body of

GREGORY J. AKER,

now confined at the Union County Jail, brought before the United States District Court, the Honorable Susan D. Wigenton, U.S.D.J. on Thursday, April 21, 2016, at 10:30am, for a sentencing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

      WITNESS the Honorable Susan D. Wigenton
      United States District Judge
      Newark, New Jersey.

DATED: April 5th, 2016

      WILLIAM T. WALSH
      Clerk of the U.S. District Court
      for the District of New Jersey

      Per: _Carmen D. Soto_____
            Deputy Clerk